MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

MEREDITH J. EDWARDS (CABN 279301)
Special Assistant United States Attorney

   150 Almaden Boulevard
   San Jose, California 95113
   Telephone: (408) 535-5589
   Facsimile: (408) 535-5066
   Email: meredith.edwards@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 13-00195 DLJ |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [~~PROPOSED~~] ORDER RESCHEDULING HEARING DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| VICTOR HERREJON-VEGA, | ) | |
| Defendant. | ) | |

**STIPULATION**

The United States, by and through Special Assistant United States Attorney Meredith J. Edwards, and defendant Victor Herrejon-Vega, by and through Assistant Federal Public Defender Diana Garrido, hereby stipulate that, with the Court's approval, the status hearing currently set for Thursday, April 25, 2013, at 9:00 a.m., be vacated and rescheduled for Thursday, May 2, 2013, at 9:00 a.m.

The rescheduling is requested to provide counsel for both the government and the defendant with additional time to conduct further review the discovery and to negotiate an

1

1  appropriate disposition.  The continuance would provide both parties with the reasonable time
2  necessary for effective preparation.  Further, government counsel will be out of town on April 25,
3  2013, and therefore will be unavailable for the currently scheduled status conference on that date.
4       Both parties respectfully request that the time between April 25, 2013 and May 2, 2013
5  be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for effective
6  preparation and continuity of counsel.

8  Dated: April 22, 2013                    /s/
                                           MEREDITH J. EDWARDS
9                                          Special Assistant United States Attorney

11 Dated: April 22, 2013                    /s/
                                           DIANA A. GARRIDO
12                                         Assistant Federal Public Defender

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |

2  Pursuant to the agreement and stipulation of the parties, the Court hereby orders that the
3  status hearing in this case, previously scheduled for April 25, 2013, at 9:00 a.m., be vacated and
4  rescheduled for May 2, 2013, at 9:00 a.m.  The Court further orders that the time between April
5  25, 2013 and May 2, 2013 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161.  The Court
6  finds, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), that the failure to grant the requested
7  continuance would unreasonably deny counsel reasonable time necessary for effective
8  preparation, taking into account the exercise of due diligence.  The Court further finds that the
9  failure to grant the requested continuance would unreasonably deny the government continuity of
10 counsel.  The Court finds that the ends of justice served by granting the requested continuance
11 outweigh the best interest of the public and the defendant in a speedy trial.  The Court therefore
12 concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and
13 (B)(iv).

15 IT IS SO ORDERED.

17 DATED:  _____

_____
THE HONORABLE D. LOWELL JENSEN
United States District Judge